# UNITED STATES DISTRICT COURT
### EASTERN  DISTRICT OF  CALIFORNIA

oOo

**FILED**

AUG 16 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

ANDREY VUSIK

**CRIMINAL COMPLAINT**

SEALED

CASE NUMBER: 2:07-MJ-00263 DAD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 8, 2007 in Sacramento County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

- move or travel in interstate or foreign commerce with intent to avoid prosecution

in violation of Title 18, United States Code, Section 1073. I further state that I am a(n) Special Agent, FBI, and that this complaint is based on the following facts:

- **See Attached Affidavit**

_X_ Continued on the attached sheet and made a part hereof.

Signature of Complainant Michael Rayfield
Special Agent, FBI

Sworn to before me, and subscribed in my presence

August 16, 2007                                     at     Sacramento, California

Date                                                          City and State

Dale A. Drozd
U.S. Magistrate Judge

Name and Title of Judicial Officer                            Signature of Judicial Officer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

### AFFIDAVIT

I, Michael Rayfield, state that I am a sworn Special Agent of the Federal Bureau of Investigation (FBI) and have been since June, 1988.

1. I am presently assigned to the Sacramento Office of the FBI. My investigative responsibilities include Violent Crimes and Fugitives. I have been assigned to the Sacramento Police Department's (SPD) Career Criminal Apprehension Team (CCAT) since September 2002.

2. On August 5, 2007 Detectives from the Sacramento Sheriff's Department (SSD) Homicide and Warrants Unit requested the assistance of the FBI in locating and apprehending ANDREY VUSIK. The Sacramento County District Attorney's Office will extradite VUSIK from anywhere in the world, and if required, will execute a Provisional Arrest Warrant.

3. A Complaint filed in the Sacramento Superior and Municipal Court, State of California, County of Sacramento, and a warrant (#SA02578298) issued on July 27, 2007, alleges that VUSIK killed Satender Singh on July 1, 2007. According to SSD investigators, on July 1, 2007, a day long verbal altercation was occurring between a group associated with VUSIK and another group (associated with Singh). The verbal sparring allegedly included slurs by VUSIK and his group about Singh's sexual orientation. Singh's group

1

1  supposedly made counter remarks about VUSIK's Russian
2  ethnicity.
3      4.  On July 1, 2007, the verbal altercation escalated
4  into physical confrontation wherein VUSIK allegedly punched
5  Singh causing him to fall and to strike the back of his head.
6  Singh thereafter went into a coma and he died five days
7  later.
8      5.  This assault places VUSIK in violation of
9  California Penal Code (CPC)192(B) Involuntary Manslaughter
10 and as a potential Hate Crime offender under CPC 422.7,
11 Intimidating and Interfering With Victim's Rights.
12     6.  Investigation determined that VUSIK fled the country
13 on July 8, 2007.  Family members interviewed by the SSD
14 indicated VUSIK left the country on business and noted
15 several dates when he was expected to return as he had,
16 according to family members, departed on a two way airline
17 ticket.  Investigation by the FBI determined VUSIK departed
18 from San Francisco International Airport on July 8, 2007 en
19 route to Moscow via Toronto, Canada.  A query with the
20 airline used by VUSIK revealed that VUSIK traveled via a one
21 way fare and, as of August, 10, 2007, no return had been
22 booked.
23     7.  SSD detectives learned of an international telephone
24 number for VUSIK and were able to speak with him. During this
25 August 5, 2007 conversation detectives advised VUSIK to
26 return to the United States and to surrender.  VUSIK
27 indicated he had to take care of some business and would call
28 back.  Since that conversation nothing has been heard from

1  VUSIK and the international number now appears to be out of
2  service.  Investigation into the telephone number indicates
3  VUSIK is in the former Russian Republic of Georgia and more
4  specifically; Sukhumi, Abkhazia.
5      8.  Based on investigation to date and your affiant's
6  experience with fugitive matters, it appears ANDREY VUSIK has
7  fled the State of California to avoid arrest and prosecution.
8  This purposeful flight places VUSIK in violation of Title 18
9  Section 1073; Unlawful Flight to Avoid Prosecution.
10     9. It is respectfully requested this Affidavit be placed
11 under seal as disclosure of this information, not yet known
12 to the public, could hinder the efforts to locate
13 and capture Andrey Vusik.

Michael Rayfield
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this /6th day of August, 2007.
Dale A. Drozd
U.S. Magistrate Judge

Read and Approved
as to form and content:

Michelle Rodriguez
Assistant U.S. Attorney

3