1  PHILLIP A. TALBERT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. 2:07-MJ-00263-DB

12 |                Plaintiff,           **[PROPOSED]** ORDER

13 |       v.

14 | ANDREY VUSIK,

15 |                Defendant.

16

17

18     Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of

19 Criminal Procedure, it is HEREBY ORDERED that the Complaint against Andrey Vusik is dismissed.

20 Any pending warrant is recalled.

21

22   Dated: December 3, 2024                    _____
                                                HONORABLE CHI SOO KIM
23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28